IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KEITH O. PALMER § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-513 |
| § | |
| ALAN J. PESCH and § | |
| CYNTHIA PESCH, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

As set forth in the Court's Order entered on this date, Defendants Alan Pesch and Cynthia Pesch's (collectively "Defendants") Motion to Dismiss for Lack of Personal Jurisdiction is hereby **GRANTED**. Any and all of Plaintiff Keith O. Palmer's claims asserted against Defendants in this action are hereby **DISMISSED WITHOUT PREJUDICE, FOR WANT OF PERSONAL JURISDICTION**. All relief not herein provided is expressly **DENIED**. Each Party is to bear his or its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 20th day of April, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge